**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SOPHIA J. GIBBONS,

    Plaintiff,

vs.                                                        Case No.  3:07-cv-991-J-32MCR

U.S. HOMELAND SECURITY, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION TO TRANSFER CASE[1]

**THIS CAUSE** is before the Court on Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 2) filed October 17, 2007.  A review of the file indicates Plaintiff has filed numerous other cases in the Middle District.  A number of these cases involve alleged kidnappings and other events arising in Sarasota County, Florida, which is in the Tampa Division of the Middle District of Florida.  Although Plaintiff alleges venue is proper in Jacksonville because two defendants "hid out on yearly vacations with Plaintiff's kidnapped children after almost getting caught by Manatee HRS for extreme medical neglect of Plaintiff's abducted children," it is clear, that Plaintiff's Complaint relates to the events in Sarasota County.  Indeed, Plaintiff has attached a copy of an investigative report from the Sarasota County Sheriff's department.  Accordingly, because the incidents at issue in the Complaint arose primarily from events occurring in Sarasota

---

[1] Any party may file and serve specific, written objections hereto within TEN (10) DAYS after service of this Report and Recommendation.  Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal.  See 28 U.S.C. §636(b)(1); Fed.R.Civ.P. 72(a), 6(a) and (e); Local Rules 6.02(a) and 4.20, United States District Court for the Middle District of Florida.

County, Florida and because Plaintiff resides in Oneco, Florida, which is located in Manatee County, within the Tampa Division, it is respectfully

**RECOMMENDED**:

This case be transferred to the Tampa Division of this Court for all further proceedings.

**DONE AND ENTERED** in Chambers in Jacksonville, Florida this  21st  day of November, 2007.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Pro Se Plaintiff