**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SOPHIA J. GIBBONS,

              Plaintiff,

vs.                                      Case No. 3:07-cv-991-J-32MCR

U.S. HOMELAND SECURITY, et al.,

              Defendants.

**ORDER**[1]

This case is before the Court on plaintiff's Complaint (Doc. 1) and Motion to Proceed In Forma Pauperis (Doc. 2). Although the Magistrate Judge reviewed these documents and issued a Report and Recommendation (Doc. 5) in which he recommended that this case be transferred to the Tampa Division (a course to which plaintiff objects (Doc. 6)), the undersigned has determined that the motion is simply due to be denied and the case dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as it is patently frivolous.

Accordingly, it is hereby

**ORDERED**:

Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **denied** and this case is hereby dismissed without prejudice. The Clerk shall close the file.

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

**DONE AND ORDERED** at Jacksonville, Florida this 5th day of December, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Hon. Monte C. Richardson
United States Magistrate Judge

*pro se* plaintiff