**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SOPHIA J. GIBBONS,

      Plaintiff,

vs.                                                     Case No. 3:07-v-991-J-32MCR

U.S. HOMELAND SECURITY, et al.,

      Defendants.

---

**ORDER**[1]

Upon consideration, plaintiff's Motion To Proceed In Forma Pauperis (for Appeal) (Doc. 9), brought pursuant to Federal Rules of Appellate Procedure, Rule 24, is **DENIED**. Plaintiff's motion fails to meet the requirements of part (a)(1)(C) of Rule 24 in that it does not contain any statement of issues plaintiff intends to present on appeal. Additionally, the Court further finds, pursuant to 28 U.S.C. § 1915(a)(3), that this appeal is not taken in good faith as the underlying lawsuit is frivolous and/or unintelligible, as found by the Court in its previous Order (Doc. 7) dismissing the case without prejudice. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962)(finding party demonstrates "good faith" for purposes of in forma pauperis

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it is intended to decide the motion addressed herein and is not intended for official publication or to serve as precedent.

review when seeking appeal of an issue that is not frivolous).

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of January, 2008.

TIMOTHY J. CORRIGAN
United States District Judge

jl.
Copies to:
Unrepresented Parties
Counsel of Record